■ ETHEL ROTH et al., Respondents, v. CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County, dated May 18, 1960, granting plaintiffs' motion to vacate an order dismissing the complaint and to restore the action to its original position on the calendar. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ YETTA SALDINGER, Appellant, v. MORRIS J. LASCHER, Doing Business as JACK AND JILL, et al., Respondents.— In an action to recover on a promissory note, plaintiff appeals from an order of the Supreme Court, Westchester County, dated April 19, 1960, and entered in Orange County on April 25, 1960, which denies her motion for summary judgment under rule 113 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.

■ DETA SCOTT et al., Appellants, v. ALEX ROSENWITZ, Respondent.— In an action to recover damages for injuries to person and property, the plaintiffs appeal from an order of the Supreme Court, Kings County, entered May 29, 1959, denying their motion to open their default and to vacate the dismissal of their complaint. The complaint had been dismissed pursuant to rule 302 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Kleinfeld and Pette, JJ., concur; Brennan, J., not voting.

■ CHARLES B. SHIPMAN, Appellant-Respondent, v. GENERAL TRANSISTOR CORP., Respondent-Appellant.— In an action to recover unpaid salary claimed to be due to plaintiff and to recover damages for defendant's alleged breach of an employee stock option agreement, the parties cross-appeal from an order of the Supreme Court, Queens County, dated February 29, 1960: (1) plaintiff appeals, as limited by his brief, from so much of said order as denies his motion for summary judgment for the relief demanded in the complaint, pursuant to rule 113 of the Rules of Civil Practice; and (2) the defendant appeals from said order insofar as it fails to grant summary judgment to defendant upon plaintiff's said motion for summary judgment. Order affirmed, without costs. There are triable issues of fact presented which preclude the granting of summary judgment to either party. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur. [22 Misc 2d 632.]